No. 23,486.

S. G. BURROWS, *Appellee*, v. THE FARMERS ALLIANCE INSURANCE COMPANY, *Appellant*.

OPINION ON REHEARING.

Appeal from Cherokee district court; FRANK W. BOSS, judge. Opinion on rehearing filed June 10, 1922. Judgment modified. (For original opinion of reversal see 110 Kan. 458, 204 Pac. 534.)

*S. H. Allen, Otis S. Allen,* and *George S. Allen,* all of Topeka, for the appellant.
*C. A. McNeill, E. V. McNeill,* and *Leo Armstrong,* all of Columbus, for the appellee.

The opinion of the court was delivered by

DAWSON, J.: This is a rehearing. The facts and questions of law are fully stated in the original opinion. (110 Kan. 458, 204 Pac. 534.) After reargument and reconsideration, the dissenting opinion is now adopted as the opinion of the court; but our former order reversing the judgment of the district court will stand with this modification: that our order for a new trial be withdrawn, and that judgment be entered for plaintiff for $200 and that the costs be taxed against him.

It is so ordered.